**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEXTAR BROADCASTING GROUP, INC., <br><br> Defendant. | Case No. 1:15-cv-00927-SMS <br><br> ORDER <br><br> (Doc. 11) |

The Court has reviewed the parties' "Joint Stipulation for Extension of Time to Respond to Nexstar Broadcasting Group, Inc.'s Answer, Affirmative Defenses and Counterclaim." (Doc. 11.)

The Joint Stipulation is hereby approved, adopted as the Order of the Court, and shall be performed.

IT IS SO ORDERED.

Dated:  **September 4, 2015**          /s/ Sandra M. Snyder
                                                           UNITED STATES MAGISTRATE JUDGE