# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXSTAR BROADCASTING, INC.,<br><br>Defendant. | Case No. 1:1-cv-00927-DAD-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: JANUARY 13, 2017 |
| NEXSTAR BROADCASTING, INC.,<br><br>Counter-Claimant,<br><br>v.<br><br>HAWK TECHNOLOGY SYSTEMS, LLC,<br><br>Counter-Defendant. | |

On December 13, 2016, the parties filed a notice of settlement informing the Court that they have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before January 13, 2017.

IT IS SO ORDERED.

Dated: **December 14, 2016**

UNITED STATES MAGISTRATE JUDGE

1